[dntcclm] [Notice of Claim]

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                                          Case No. 6:14−bk−06513−CCJ
                                                                Chapter 7

Kenneth Osteen


_____    Debtor(s)        /         NOTICE OF CLAIM FILED BY TRUSTEE

TO:

Seterus Inc
14523 Sw Millikan Way St
Beaverton, OR 97005

   Notice is given pursuant to Fed. R. Bank. P. 3004 that the Trustee filed a claim on your behalf in the above captioned matter on October 24, 2014, in the amount of $380,266.00.


      Dated October 27, 2014.


                              Lee Ann Bennett, Clerk of Court
                              George C. Young Federal Courthouse
                              400 West Washington Street
                              Suite 5100
                              Orlando, FL 32801
      Copies furnished to:
      Debtor
      Debtor's Attorney
      Trustee
      Seterus Inc
      14523 Sw Millikan Way St
      Beaverton, OR 97005