**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re :                                                                                           Case No. **6:14-06513-CCJ**
                                                                                                          Chapter 7
**Kenneth Osteen**
                                  Debtor(s).
_____/

## NOTICE & REPORT OF TRUSTEE & DEPOSIT OF UNCLAIMED FUNDS INTO COURT UNCLAIMED FUND ACCOUNT

   Marie E. Henkel, Chapter 7 Trustee of the above captioned estate, reports that pursuant to the Order Directing Disbursement of Funds, she has disbursed all funds authorized by said Order and the following check has been returned as unclaimed :

| To | Address | Amount |
|---|---|---|
| Seterus, Inc. | 14523 SW Milikan Way St<br>Beaverton, OR 97005<br>Claim No. 00002 | $ 7,464.97 |

   Pursuant to the provisions of 11 U.S.C. §347, the undersigned has mailed a copy of this Notice and the original check in the amounts of $ 7,464.97, payable to the Clerk, U. S. Bankruptcy Court, to the attention of Susan Magaditsch, Financial Administrator, United States Bankruptcy Court, Sam M. Gibbon United States Courthouse, 801 N. Florida Ave., Tampa, FL 33602, and states that the claimant entitled thereto is as listed above, and that the last known address, as far as known, is given above.

   Dated January 21, 2015

                                                                          /s/ Marie E. Henkel
                                                                          Marie E. Henkel, Trustee
                                                                          Florida Bar No. 260320
                                                                          3560 S. Magnolia Ave.
                                                                          Orlando, FL 32806
                                                                          Telephone : (407) 438-6738
                                                                          Facsimile  : (407) 858-9466